UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARITZA SUAREZ ROSARIO,**

      **Plaintiff,**

v.                                                           **Case No: 6:15-cv-1322-Orl-41KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on the Report and Recommendation (Doc. 16), issued by United States Magistrate Judge Karla R. Spaulding, recommending that the final decision by the Commissioner of Social Security be reversed and remanded. After a *de novo* review of the record, and noting that no objections were filed, the Court agrees with the analysis in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The final decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and this case is **REMANDED** for further proceedings.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record