UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARITZA SUAREZ ROSARIO,**

**Plaintiff,**

**v.**                                                                    **Case No:  6:15-cv-1322-Orl-41KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

**Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 19). United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 20), recommending that the motion be granted.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 19) is **GRANTED**.

3. Plaintiff is awarded attorney's fees in the amount of $3,334.09.

4. The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record